IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 15-cv-00204-BNB

DAVID ARONSTEIN,
LESLEY STROLL,

Plaintiffs,

v.

THOMPSON CREEK METALS COMPANY INC.,
KEVIN LOUGHREY,
PAMELA SAXTON,
PAMELA SOLLY,
JAMES L. FREER,
JAMES P. GEYER,
TIMOTHY J. HADDON,
CAROL T. BANDUCCI,
THOMAS J. ONEIL,
DENIS C. ARSENAULT, and
WENDY CASSITY,

Defendants.

_____

# ORDER

_____

This case was transferred from the United States District Court for the District of

Connecticut on January 20, 2015.  In his order granting the motion to transfer venue [Doc. #1,

pp. 1-12], the district judge denied as moot all other pending motions, including the defendants'

motions to dismiss.  Accordingly,

IT IS ORDERED that the defendants shall answer or otherwise respond to the plaintiffs'

Amended Complaint [Doc. #4] on or before **February 13, 2015**.

Dated February 3, 2015.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge