**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-00204-RM-NYW

DAVID ARONSTEIN,
LESLEY STROLL,

    Plaintiffs,

v.

THOMPSON CREEK METALS COMPANY INC.,
KEVIN LOUGHREY,
PAMELA SAXTON,
PAMELA SOLLY,
JAMES L. FREER,
JAMES P. GEYER,
TIMOTHY J. HADDON,
CAROL T. BANDUCCI,
THOMAS J. ONEIL,
DENIS C. ARSENAULT,
WENDY CASSITY,

    Defendants.

---

**MINUTE ORDER**

---

Entered By Magistrate Judge Nina Y. Wang

    This civil action comes before the court on Defendants Thompson Creek Metals Company Inc., Kevin Loughrey, Pamela Saxton, Pamela Solly, James L. Freer, Timothy J. Haddon, and Wendy Cassity's (collectively "Defendants") Motion to Dismiss Plaintiffs' First Amended Complaint ("Motion to Dismiss").  [#13, filed February 13, 2015].  Pursuant to the Order Referring Case dated February 20, 2015 [#16] and the memorandum dated February 20, 2015 [#17], this matter was referred to this Magistrate Judge.

    IT IS ORDERED that Defendants' Motion to Dismiss is **STRICKEN** for failure to comply with Civ. Practice Standard IV.B.1.  Exceptions to the page limitations described in Judge Moore's Practice Standards will be granted only upon a showing of good cause. *Id.* at IV.B.3.  Furthermore, permission to exceed the page limitation shall be sought by way of an appropriate motion and shall indicate the number of pages of the proposed document, the reason why the additional pages are necessary, and whether the request is opposed or unopposed. *Id.*

DATED: March 3, 2015