# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00204-RM-NYW

DAVID ARONSTEIN,
LESLEY STROLL,

    Plaintiffs,

v.

THOMPSON CREEK METALS COMPANY INC.,
KEVIN LOUGHREY,
PAMELA SAXTON,
PAMELA SOLLY,
JAMES L. FREER,
JAMES P. GEYER,
TIMOTHY J. HADDON,
CAROL T. BANDUCCI,
THOMAS J. ONEIL,
DENIS C. ARSENAULT,
WENDY CASSITY,

    Defendants.

## MINUTE ORDER

Entered By Magistrate Judge Nina Y. Wang

    This civil action comes before the court on Defendants Thompson Creek Metals Company Inc., Kevin Loughrey, Pamela Saxton, Pamela Solly, James L. Freer, Timothy J. Haddon, and Wendy Cassity's (collectively "Defendants") Motion to Reconsider and Vacate the Court's March 4, 2015 Order Striking Defendants' February 13, 2015 Motion to Dismiss, or, in the Alternative, Motion Seeking Leave to File 39-Page Motion to Dismiss (the "Motion"). [#19, filed March 4, 2015]. Pursuant to the Order Referring Case dated February 20, 2015 [#16] and the memorandum dated March 4, 2015 [#20], this matter was referred to this Magistrate Judge.

IT IS ORDERED:

1. To the extent Defendants seek leave to file a 39-page Motion to Dismiss, the Motion is GRANTED for the reasons stated therein; and

2. Defendants' Motion is DENIED as to all other matters.

DATED: March 5, 2015