# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00204-RM-NYW

DAVID ARONSTEIN,
LESLEY STROLL,

    Plaintiffs,

v.

THOMPSON CREEK METALS COMPANY INC.,
KEVIN LOUGHREY,
PAMELA SAXTON,
PAMELA SOLLY,
JAMES L. FREER,
JAMES P. GEYER,
TIMOTHY J. HADDON,
CAROL T. BANDUCCI,
THOMAS J. ONEIL,
DENIS C. ARSENAULT,
WENDY CASSITY,

    Defendants.

---

## MINUTE ORDER

---

Entered By Magistrate Judge Nina Y. Wang

    This civil action is before the court on Plaintiffs' Motion for Leave to File Excess Pages in Opposition to Defendants' Motion to Dismiss ("Motion for Leave"). [#35, filed March 20, 2015]. Also before the court is Plaintiffs' Motion for Reconsideration of this court's March 18, 2015 Minute Order ("Motion for Reconsideration"). [#37, filed March 23, 2015]. These matters were referred to this Magistrate Judge pursuant to the Order Referring Case dated February 20, 2015 [#16] and the memoranda filed March 20, 2015 [#36] and March 23, 2015 [#38], respectively.

    IT IS ORDERED:

1. The Motion for Leave [#35] is **DENIED** for lack of good cause shown and for Plaintiffs' failure to satisfy their obligation pursuant to D.C.COLO.LCivR 7.1(a);

2. The Motion for Reconsideration [#37] is **DENIED** as moot in light of the Minute Order entered March 20, 2015 [#34].

DATED: March 23, 2015