IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| | | | |
|---|---|---|---|
| Civil Action: | 15-cv-00204-RM-NYW | Date: | June 15, 2015 |
| Courtroom Deputy: | Brandy Simmons | FTR: | NYW COURTROOM C-205 |

| *Parties* | *Counsel* |
|---|---|
| DAVID ARONSTEIN,<br>LESLEY STROLL,<br><br>**Plaintiffs,**<br><br>v.<br><br>THOMPSON CREEK METALS COMPANY, INC.,<br>KEVIN LOUGHREY,<br>PAMELA SAXTON,<br>PAMELA SOLLY,<br>JAMES L. FREER,<br>JAMES P. GEYER,<br>TIMOTHY J. HADDON,<br>CAROL T. BANDUCCI,<br>THOMAS J. ONEIL,<br>DENIS C. ARSENAULT,<br>WENDY CASSITY,<br><br>**Defendants.** | *Michael M. Strage*<br><br><br><br><br><br><br>*Allison Kaye Kostecka*<br>*Gregory J. Kerwin* |

**COURTROOM MINUTES/MINUTE ORDER**

**MOTION HEARING AND SCHEDULING CONFERENCE**

Court in Session:  3:21 p.m.

Appearance of counsel. David Aronstein appears with Mr. Strage. Wendy Cassity and Ann DeMarco appear with Ms. Kostecka and Mr. Kerwin.

Discussion and argument held on Defendants Thompson Creek Metals Company Inc., Kevin Loughrey, Pamela Saxton, Pamela Solly, James L. Freer, Timothy J. Haddon, and Wendy Cassity's Motion to Dismiss Plaintiff's First Amended Complaint [22] filed on March 6, 2015.

For the reasons stated on the record, it is

**ORDERED: Defendants Thompson Creek Metals Company Inc., Kevin Loughrey, Pamela Saxton, Pamela Solly, James L. Freer, Timothy J. Haddon, and Wendy Cassity's Motion to Dismiss Plaintiff's First Amended Complaint [22] is TAKEN UNDER ADVISEMENT. A separate written order shall issue.**

A scheduling order is not entered at this time.

**ORDERED: A further scheduling conference is set for July 7, 2015, at 11:00 a.m. (Mountain) in Courtroom C-205 before Magistrate Judge Nina Y. Wang. Parties may participate by telephone for the scheduling conference, upon notice to the court no later than one day prior to the conference. If multiple parties appear by telephone, they should call in together on one line at the appropriate time.**

Parties discussing ongoing obligation to meet and confer.

Parties are informed of informal discovery dispute process.

| | | |
|---|---|---|
| Court in recess: 4:40 p.m. | Hearing concluded. | Total time in court:  01:19 |