IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| | | | |
|---|---|---|---|
| Civil Action: | 15-cv-00204-RM-NYW | Date: | April 4, 2016 |
| Courtroom Deputy: | Brandy Simmons | FTR: | NYW COURTROOM C-204* |

| *Parties* | *Counsel* |
|---|---|
| DAVID ARONSTEIN,<br>LESLEY STROLL,<br><br>**Plaintiffs,**<br><br>v.<br><br>THOMPSON CREEK METALS COMPANY, INC.,<br>KEVIN LOUGHREY,<br>PAMELA SAXTON,<br>PAMELA SOLLY,<br>JAMES L. FREER,<br>JAMES P. GEYER,<br>TIMOTHY J. HADDON,<br>CAROL T. BANDUCCI,<br>THOMAS J. ONEIL,<br>DENIS C. ARSENAULT,<br>WENDY CASSITY,<br><br>**Defendants.** | *Michael M. Strage*<br><br><br><br><br><br>*Allison Kaye Kostecka*<br>*Gregory J. Kerwin* |

**COURTROOM MINUTES/MINUTE ORDER**

**MOTION HEARING**

Court in Session: 9:07 a.m.

Appearance of counsel. David Aronstein appears with Mr. Strage.

Discussion and argument held on Plaintiff's Motion for Leave to File Amended Complaint and Memorandum of Law in Support [79] filed January 14, 2016.

**ORDERED: Plaintiff's Motion for Leave to File Amended Complaint and Memorandum of Law in Support [79] is TAKEN UNDER ADVISEMENT. A separate written order shall issue.**

Court in recess: 9:54 a.m.          Hearing concluded.          Total time in court:  00:47

---

\* To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at (303) 988-8470.